Minnie Bartels, Administratrix of Estate of Henry F. Bartels, Deceased, Appellee, v. Donald McGarvey, Appellant.

### Term No. 45M3.

Heard in this court at the May term, 1945; opinion filed October 26, 1945; released for publication November 27, 1945. Green & Hoagland, for appellant; Kenneth F. Kelly, of counsel; Harold J. Bandy and Ogle E. Veach, for appellee. Opinion by JUSTICE BARTLEY. Not to be published in full.

Bernard Schaefer, Appellant, v. Margaret Then, Appellee.
Joseph Then, Appellee, v. Bernard Schaefer, Appellant.

### Term No. 45M11.

Heard in this court at the May term, 1945; opinion filed October 26, 1945; released for publication November 27, 1945. Goldenhersh & Goldenhersh, for appellant; Kramer, Campbell, Costello & Wiechert, for appellee. Opinion by JUSTICE BARTLEY. Not to be published in full.